**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                          **NO. 4:03CR00020 - 03 SWW**

**JAMES CHARLES POE**

**PROPOSED FINDINGS AND RECOMMENDATIONS**

**INSTRUCTIONS**

The following recommended disposition has been sent to United States District Court Judge Susan Webber Wright.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than eleven (11) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

  3.  The detail of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

  Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite 402
    Little Rock, AR 72201-3325

## DISPOSITION

  United States District Judge Susan Webber Wright has referred Mr. Poe's motion to discharge fine to the undersigned. Mr. Poe is confined in the federal penitentiary in Forrest City, Arkansas. In his motion, he notes that he is indigent and requests that his fine of $23,943.68 be discharged. He submitted his motion using a May 1994 form supplied by the Bureau of Prisons. In response, the government asserts that the amount Mr. Poe seeks to discharge includes restitution as well as fines and costs. In addition, the government urges that the form used by Mr. Poe applies to inmates convicted of an offense committed prior to November 1, 1987, long before Mr. Poe committed his offense.

  The petitioner bears the burden of demonstrating a legal and factual basis for granting the relief requested. In this instance, the only fact alleged to support the motion is his indigency. The petitioner alleges no legal basis for granting the relief. Therefore, we recommend the motion to discharge fine be denied for lack of legal and factual support.

IT IS SO ORDERED this  27   day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE