# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                            NO. 4:03CR00020-003 SWW

JAMES CHARLES POE, III

### ORDER

Pending before the Court is defendant's pro se motion for early termination of supervised release (doc #240).  After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion.  The Court therefore directs the United States to respond to the motion on or before twenty days after the entry of this Order.

IT IS SO ORDERED this 13th day of August 2009.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE