**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                           NO. 4:03CR00020-003 SWW

JAMES CHARLES POE

## ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #258] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, statements of counsel, testimony and exhibits received, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***TWELVE (12) MONTHS*** in the custody of the Bureau of Prisons.

There will be ***TWO (2) YEARS*** of supervised release following the term of incarceration and shall include the following special conditions:

>    1. The fine of $6,000 shall be remitted due to the defendant's inability to pay, pursuant to 18 U.S.C. § 3612.
>
>    2. Restitution of $17,743.68 and special penalty assessment in the amount of $39.81 are mandatory and payable during the term of incarceration and supervised release. During incarceration, the defendant will pay 50% per month of all funds that are available to him.  During residential reentry placement, payments will be reduced to 10% of the defendant's gross

> monthly income. Following release from the residential reentry center, payments will continue to be 10% per month of the defendant's monthly gross income for the balance of the term of supervised release. The interest requirement is waived.
>
> 3. Defendant shall disclose financial information upon request of the U.S. Probation Office, including, but not limited to, loans, lines of credit, and tax returns. This also includes records of any business with which defendant is associated. No new lines of credit shall be established without prior approval of the U.S. Probation Office until all criminal penalties have been satisfied.

The drug testing requirement is suspended.

Defendant shall follow all standard conditions of supervised release.

The defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED this 8th day of January 2010.

/s/Susan Webber Wright

United States District Judge