**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                                             NO. 4:03CR00020-003 SWW

JAMES CHARLES POE

### ORDER

The above entitled cause came on for hearing April 10, 2012 on government's petitions to revoke the supervised release [docs #279 & #281] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, statements of counsel, and exhibits received, the Court found that defendant has violated the conditions of supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, ***revoked, granting*** government's motions [doc #279 & #281].

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of ***TWELVE (12) MONTHS*** in the custody of the Bureau of Prisons. The balance of restitution in the amount of $10,563.59 is mandatory and is payable during incarceration. During incarceration, the defendant will pay 50% per month of all funds that are available to him.

There will be ***NO*** supervised release to follow.

The Court finds that defendant has been in U. S. Marshal Service custody since March 26, 2012. The defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED this 12th day of April 2012.

/s/Susan Webber Wright

United States District Judge