IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


UNITED STATES OF AMERICA          *
                                                          *
vs.                                                       *          No. 4:03CR00020-03 SWW
                                                          *
JAMES CHARLES POE, III              *


**Order**

Before the Court is defendant's request for a stay of injunction. The motion [docket entry 303] is denied.  The calculation of credit for time served is properly left to the Bureau of Prisons. *See United States v. Pardue*, 363 F.3d 695, 699 (8th Cir. 2004).

SO ORDERED this 13th day of November, 2012.



/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE